1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITYSCAPE RENTALS, LLC, a California limited liability company<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA; YOUNG & ASSOCIATES; LARRY BALE, an individual; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendant. | Case No. **2:19-cv-01886-DSF-E**<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

# **ORDER**

Having considered the Stipulation to Dismiss the Entire Action with Prejudice,

**IT IS HEREBY ORDERED** as follows:

1. This entire action is dismissed with prejudice; and
2. Each Party is to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: July 6, 2020

*Dale S. Fischer*
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE